**Opinion issued March 16, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00140-CV**
_____

**IN RE MATTHEW MUSKIET, Relator**

**Original Proceeding on Petition for Writ of Mandamus**

## MEMORANDUM OPINION

Relator, Matthew Muskiet, has filed a petition for writ of mandamus, requesting that this Court order the trial court to vacate its February 1, 2023 order granting interim attorney's fees.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Brittney Muskiet and Matthew Muskiet*, Cause No. 22-FD-0631, pending in the County Court at Law No. 3 of Galveston County, Texas, the Honorable Jack Ewing presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.